**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jo A. McLellan,

Plaintiff,

vs.

Allstate Insurance Company, Inc.,

Defendant.

**Civil No. 01-596 PAM/SRN**

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED by and the parties through their respective undersigned attorneys, that defendant may answer or otherwise respond in this case up to and including June 25, 2001.

Dated: 5/9/01, 2001

NEESE LAW FIRM, P.A.

Martha L. Neese

Martha L. Neese, #160581

1811 Weir Drive, Suite 275
Woodbury, MN 55125
(651) 730-6900

ATTORNEY FOR PLAINTIFF
JO A. MCLELLAN

FILED MAY 11 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 5/10, 2001

FAEGRE & BENSON LLP

Mary E. Stumo, #122440
Angela M. Crandall, #285055

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

ATTORNEYS FOR DEFENDANT

M1:749988.01

**ORDER**

Upon the foregoing Stipulation,

IT IS SO ORDERED.

Dated May 10, 2001

BY THE COURT

Susan Richard Nelson
United States Magistrate Judge

M1:749988.01