421308

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

MOTION FOR ADMISSION PRO HAC VICE

Case Number: **01-596 PAM/SRN** Case Title: **McLellan v. Allstate Ins. Co. Inc.**

## Affidavit of Movant

I, **Angela M. Crandall**, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac **Robert G. Lian, Jr.**, an attorney admitted to practice in the **state courts for Virginia and the District of Columbia and the U.S. District Courts for the Eastern District of Virgina**, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant **Allstate Insurance Company, Inc.** in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] **285055** December 18, 2001
Signature MN Attorney License # Date

## Affidavit of Proposed Admittee

I, **Robert G. Lian, Jr.**, am currently a member in good standing of the **state courts for Virginia and the District of Columbia and the U.S. District Courts for the Eastern District of Virgina**, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

**Robert G. Lian, Jr.** [signature] 12/17/01
Type/Print Name Signature Date

Attorney License Number: **Va Bar # 36406/D.C. Bar # 446313**
Law Firm Name & Address: **Akin, Gump, Strauss, Hauer & Feld, L.L.P.**
**Robert S. Strauss Bldg., Suite 400**
**1333 New Hampshire Ave. N.W., Washington, DC 20036**
Telephone: **(202) 887-4000**

Motion Granted: [signature] DEC 20 2001
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.
M1:813451.01

FILED DEC 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK