UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jo A. McLellan, Plaintiff, v. Allstate Insurance Company, Inc., Defendant. | Civil No. 01-596 PAM/SRN<br>**STIPULATION AND ORDER FOR DISMISSAL** |

**STIPULATION**

The parties to this action, by and through the undersigned counsel, stipulate to the dismissal with prejudice of all claims in this action. This stipulation is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: 4-26, 2002

NEESE LAW FIRM, P.A

Martha L. Neese

Martha L. Neese, #160581

Heritage Office Park
342 East County Road D
Little Canada, MN 55117
(651) 766-7690

Attorney for Plaintiff

MAY 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**EXHIBIT B**

Dated: 5/10, 2002

FAEGRE & BENSON LLP

Angela M Crandall

Mary E. Stumo, #122440
Angela M. Crandall, #285055

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant
Allstate Insurance Company, Inc.

**EXHIBIT B**

# ORDER

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: May 14, 2002

The Honorable Paul A. Magnuson
United States District Court Judge

M1:854949.04